UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH Mc DANIELS,<br><br>               Plaintiff,<br><br>    v.<br><br>TOM SUSS, *et al*.,<br><br>               Defendants. | Case No.  C07-5221RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the cross motions for summary judgment with attached documents, the compliant, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation [Dkt. #28], and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants Suss and Barnes motion for summary judgment is **GRANTED.** All claims relating to plaintiff's exercise of religion at Mc Neil Island Corrections Center are **DISMISSED.** Plaintiff claims relating to his ability to purchase fragrances, prayer oils, are **DISMISSED WITHOUT PREJUDICE**. All other claims are against these two defendants are **DISMISSED WITH PREJUDICE.**

(3)     Defendant Alden's motion for summary judgment and Plaintiff's cross motion for

summary judgment are **DENIED.** There are material issues of fact regarding whether plaintiff sent, or defendant Alden received ,"kites"  in September of 2006 indicating plaintiff's desire to be part of the Ramadan fast.

(4) The Clerk is directed to send copies of this Order to plaintiff, counsel for any defendants who have appeared, and to the Hon. J. Kelley Arnold.

DATED this 28th day of March, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2